ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JACOB M. MIKOW, CSBN 238045
Special Assistant United States Attorney
      Social Security Administration
      333 Market St., Suite 1500
      San Francisco, CA  94105
      Telephone: (415) 977-8976
      Facsimile: (415) 744-0134
      Email: jacob.mikow@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANNETTE LOGAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:10-CV-07643-PLA<br><br>**ORDER OF REMAND** |

    Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: <u>September 27, 2011</u>

                                     HON. PAUL L. ABRAMS
                                     UNITED STATES MAGISTRATE JUDGE