1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  JACOB M. MIKOW, CSBN 238045
5  Special Assistant United States Attorney
6       Social Security Administration
        333 Market St., Suite 1500
7       San Francisco, CA  94105
8       Telephone: (415) 977-8976
        Facsimile: (415) 744-0134
9       Email: jacob.mikow@ssa.gov
10 Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ANNETTE LOGAN, | ) No. 2:10-CV-07643-PLA |
|---|---|
| Plaintiff, | ) **JUDGMENT OF REMAND** |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  September 27, 2011         /s/ - Paul L. Abrams
                                   HON. PAUL L. ABRAMS
                                   UNITED STATES MAGISTRATE JUDGE