1 | Laura E. Krank
Attorney at Law: 220208
2 | Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
3 | Long Beach, CA 90802
Tel.: (562)437-7006
4 | Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com
5 |
Attorneys for Plaintiff
6 | Annette Logan

7 |

8 |                     **UNITED STATES DISTRICT COURT**

9 |                     **CENTRAL DISTRICT OF CALIFORNIA**

10 |

11 | ANNETTE LOGAN,                          )   Case No.: CV 10-7643-PLA
                                           )
12 |            Plaintiff,                  )   ORDER AWARDING ATTORNEY
                                           )   FEES AND EXPENSES PURSUANT
13 |      vs.                               )   TO THE EQUAL ACCESS TO
                                           )   JUSTICE ACT, 28 U.S.C. § 2412(d)
14 | MICHAEL J. ASTRUE,                     )
     Commissioner of Social Security,      )
15 |                                        )
            Defendant                      )
16 | _____ )

17 |

18 |       Based upon the parties' Stipulation for the Award and Payment of Attorney

19 | Fees and Expenses Pursuant to the Equal Access to Justice Act:

20 |       IT IS ORDERED that fees and expenses in the amount of $3,350.00 as

21 | authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

22 | DATE:   December 1, 2011

23 |                                        _____
                                           THE HONORABLE PAUL L. ABRAMS
24 |                                        UNITED STATES MAGISTRATE JUDGE

25 |

26 |

-1-